JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CHERYL ANN CARDOZA, ) Case No. EDCV 10-936 RNB
)
       Plaintiff, )
) **J U D G M E N T**
  vs. )
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
       Defendant. )

    In accordance with the Order Affirming Decision of Commissioner filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: March 29, 2011

*/s/ Robert N. Block*

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE